UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward J. Davila

Luis W. Camacho (SBN 163331)
Shaneil Sharma (SBN 273685)
LAW OFFICES OF GENE W. CHOE, A.P.C.
1735 N. First Street, Suite 220
San Jose, CA 95112
Telephone: (408) 579-1970
Fax: (408) 579-1975

Attorneys for Plaintiff,
ARCELIA G. GONZALEZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARCELIA G. GONZALEZ, *an individual,*<br><br>Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, N.A, as successor in interest to WACHOVIA MORTGAGE FSB, a business entity form unknown; LSI TITLE COMPANY, a business entity form unknown; NDEX WEST, LLC, a business entity form unknown; and DOES 1 through 50,<br><br>Defendants. | Case No: C 12-03289 EJD<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff ARCELIA G. GONZALEZ dismiss the above-captioned action in its entirety against all defendants without prejudice. The Clerk shall close this file.

DATED: July 10, 2012

LAW OFFICES OF GENE W. CHOE, P.C.

By: ______________________________
Luis Camacho, Esq.
Attorneys for Plaintiff Arcelia Gonzalez

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF SAN JOSE     )

I am employed in the County of San Jose, State of California. I am over the age of 18 and not a party to the within action. My business address is 1735 N. First Street, Suite 220, San Jose, CA 95112

On July 12, 2012, I served the following document(s):

**PLAINTIFFS' NOTICE OF DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE**

On the following interested parties in this action described as follows:

Robert A. Bailey, Esq. – rbailey@afrct.com
Grace B. Kang, Esq. – gkang@afrct.com
*Attorneys for Defendant Wells Fargo Bank, N.A. successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB*

Edward A. Treder, Esq. – edwardt@bdfgroup.com
*Attorneys for Defendant NDeX West, LLC and LSI Title Company*

[ X ] **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above. I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on July 12, 2012, in San Jose, California.

Luis W. Camacho

- 1 -

CERTIFICATE OF SERVICE